```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/10
```

*Order, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KNABENA GOURICK,

                                              Plaintiff,

                    -against-

THE CITY OF NEW YORK, POLICE OFFICER
HENRY RIVERO SH. #14879, DETECTIVE
MICHAEL BARRA SH. #4460, DET. ANTHONY
LONGOBARDI SH. #1790,

                                              Defendants.

------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

09 Civ. 4910 (DC)

 

 

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about

May 26, 2009 alleging that defendants violated plaintiff's federal civil rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

**WHEREAS,** the plaintiff and the defendants now desire to resolve the issues

raised in this litigation, without further proceedings and without admitting any fault or liability;

**WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms

set forth below:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed, with prejudice, and

without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    The City of New York hereby agrees to pay plaintiff the sum of Fifteen

Thousand ($15,000.00) Dollars in full satisfaction of all claims, inclusive of claims for costs,

expenses and attorneys' fees as against defendants. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against all defendants, and to release the defendants and any present or former officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses and attorney fees.

3.     Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4.     Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York.    This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the plaintiff and defendants, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the plaintiff and the defendants hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        _____, 2009

MICHAEL COLIHAN, ESQ.
*Attorney for Plaintiff*
44 Court Street
Suite 911
Brooklyn, New York 11201

By:    _____
        Michael Colihan (MC 7826)

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street
New York, NY 10007
(212) 788-1041

By:    _____
        Douglas W. Heim (DH5238)
        Assistant Corporation Counsel

SO ORDERED:

_____
        U.S.D.J.

1/7/10